Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

| | |
|---|---|
| Mario Tamez<br>163 West Mark St.<br>Benson, Az 85602<br>(520)720-6158<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Cochise County Attorney's Office: Drug(s)<br>GT5365/255D8E/D59A83/2AC891/<br>✱ See Attached ✱   Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached " in the space and attach an additional page with the full list of names.) | Case No. CV17-0588TUCRCC<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: (check one) ☑ Yes ☐ No |

FILED ___ LODGED
RECEIVED ___ COPY
DEC - 4 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mario Tamez |
| Street Address | 163 West Mark St. |
| City and County | Benson, Cochise |
| State and Zip Code | 85602 |
| Telephone Number | (520)720-6158 |
| E-mail Address | mariotamez16@Gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Cochise County Attorney's Office: Drug Unit:
- Job or Title (if known):
- Street Address: 150 Quality Hill Rd 2nd Floor, P.O. Drawer CA
- City and County: Bisbee, Az 85603 Cochise
- State and Zip Code: Az 85603
- Telephone Number: (520) 432-8700
- E-mail Address (if known):

**Defendant No. 2**

- Name: S.E.A.B.H.S. Southern Eastern Arizona Behavioral Health Service
- Job or Title (if known): Connie Charles - Program T.19 Cnct
- Street Address: 611 West Union Street
- City and County: Benson, Az Cochise County
- State and Zip Code: Az 85602
- Telephone Number: (520) 0800
- E-mail Address (if known):

**Defendant No. 3**

- Name: Cochise County Sheriff Deputy: Hudson
- Job or Title (if known):
- Street Address: 150 Quality Hill Rd 2nd Floor, P.O. Drawer CA
- City and County: Bisbee, Az Cochise County
- State and Zip Code: Az 85603
- Telephone Number: (520) 432-8700
- E-mail Address (if known):

**Defendant No. 4**

- Name: Cochise County Sheriff Deputy: Leibschied
- Job or Title (if known): Det. Operation Stone Garden
- Street Address: 150 Quality Hill Rd
- City and County: Bisbee, Az Cochise County
- State and Zip Code: Az 85603
- Telephone Number: (520) 432-8700
- E-mail Address (if known):

1 | List of Co-Defendents:
2 |
3 | Social Security Administration:
4 | 88 West 38th ST. STE. 100
5 | Tucson, Az 85713
6 | Phone: 1-800-772-1213
7 |
8 | ST. David Holy Trinity Monostary:
9 | 1605 South ST. Mary's Way
10 | ST. David, Az 85630
11 | (520) 720-4642
12 |
13 | First Baptist Church Church.
14 | 983 South Ocotilla Avenue
15 | Benson, Az 85402
16 | (520) 586-3362
17 |
18 | Benson Hospital
19 | 450 S. Ocotillo Ave
20 | Benson, Az 85602
21 | (520) 586-2261
22 |
23 | Cox Communitions:
24 | 150 East Willcox Dr
25 | Sierra Vista, Az 85635
26 | (520) 333-5262
27 |
28 |

Social Security Disability Benifits Administration
88 West 38th St. STE: 100
Tucson, Az 85713
1-800-772-1213

S.E.A.B.H.S. Program +19/8mH - Connie Charles
611 West Union Street
Benson, Az 85602
(520) 586-0800

Center for NeuroScience: Home
2450 East River Rd
Tucson, Az 85718
(520) 795-7750

**Defendant/Parties 13:** Benson Police Department
    Address: 360 South Gila St.
    Benson, AZ 85602
    Phone: (520) 586-2211

**Defendant/Parties 14:** Benson Police Officer: Tim Behr
    Address: Same As Above
    Badge No: S-103
    Case No: CV20150151/CV20150131/CV20150132/CV20150216/CV20150135/CV20150238/CV20150239

**Defendant/Parties 15:** Benson Police Officer: Gary Douglas
    Address: Same As Above
    Badge No: 115
    Case No: CV20150151/CV20150131/CV20150132/CV20150216/CV20150135/CV20150238/CV20150239

**Defendant/Parties 16:** Benson/Tucson Police Officer: J. Rodriquez
    Address: Same As Above
    Badge No: 137
    Case No: CV20150151/CV20150131/CV20150132/CV20150216/CV20150135/CV20150238/CV20150239

**Defendant/Parties 17:** Cochise County Sheriff's Department
    Address: 126 West 5th St.
    Benson, AZ 85602
    Phone: (520) 586-3394
    Case No: CV20150151/CV20150131/CV20150132/CV20150216/CV20150135/CV20150238/CV20150239

**Defendant/Parties 18:** Cochise County Sheriff's Deputy: A. Kartcher
    Address: Same As Above
    Phone: Same As Above
    Badge No: 641
    Case No: CV20150151/CV20150131/CV20150132/CV20150216/CV20150135/CV20150238/CV20150239

| | |
|---|---|
| **Defendant/Parties 29:** | Paul Unrast |
| Address: | Unknown @ This Time |
| Phone: | N/A |
| Case No: | Same As Above |

| | |
|---|---|
| **Defendant/Parties 30:** | Southern Arizona Drug/Sexual Task Force Predators/Offenders/Program: |
| Address: | 150 Quality Hill Rd. Bisbee, AZ 85603 |
| Phone: | (520) 432-8700 |

| | |
|---|---|
| **Defendant/Parties 31:** | K-GUN 9 On You're Side |
| Address: | 7280 East Rosewood St. Tucson, AZ 85710 |
| Phone: | (520) 722-5486 |

| | |
|---|---|
| **Defendant/Parties 32:** | Benson News Paper/Sandpaper Valley News Sun: Chris |
| Address: | 200 South Ocotillo Ave Benson, AZ 85602 |
| Phone: | (520) 586-3382 |

| | |
|---|---|
| **Defendant/Parties 33:** | Robert Eugene Sappington: ADC # 094744 |
| Address: | Arizona Department Of Corrections/Central Unit |
| Phone: | ? |
| Case No: | 201100133 |

**Defendant/Parties 34:**

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* Mario Tamez , is a citizen of the State of *(name)* Arizona .

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* Deputy Leibschied , is a citizen of the State of *(name)* Arizona . Or is a citizen of *(foreign nation)* United States .

2. If the defendant is a corporation
   The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .
   Or is incorporated under the laws of *(foreign nation)* _____ ,
   and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

7.6 trillion Decision to an jury, judge during trial.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* May 03, 2017 at *(place)* 163 West Mack ST, Benson, Az,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Violated a Plea Agreement signed on September 05 3 years I.P.S. Probation by conducting an illegal investigation, causing injury, and Harm to M.R.I. Cat-Scan. Imjing - Property, Brain, Vision, Spiritual life.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*: Deputies logging in to Wifi Service, Internet Dakota Pro: 255 D8E/ZAC891/6F5865 Battle Pirates/Facebook/Kik eye- MRI CAT-SCAN, Progressive Health Care, MRI of Tucson CD/DVD: Posted on Facebook- Caused Brain, Vision, Penis, toshals, Family Spiritual Damage, Injury, Along with Planning & Zoning, (life after Death) these profiting from

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

When Mucio Tamez Posted the M.R.I. Cat-Scan on Facebook Deputies logged in personally sabotaged, entered, (including spiritual) Brain Imaging (chamber) on Facebook, Kik eye, Bottle Pirates, Altering, experimenting, removing family members, including deceast family members - Grandfather Maxamillino - To profit, experiment, causing harm, injury, that is irrevesable.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/30/2017

Signature of Plaintiff

Printed Name of Plaintiff: Macio Tamez

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____